# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FUN SERVICES OF KANSAS CITY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CV-0274-MJR |
| ) | |
| TOP TASTE IMPORTS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**REAGAN, District Judge:**

It appears from the docket sheet that Defendant Top Taste Imports, LLC has been served but has not appeared by answer or otherwise. Plaintiffs have taken no further action with regard to this case. Accordingly, the Court **DIRECTS** Plaintiff to properly prosecute this action by proceeding to default followed by default judgment **no later than July 24, 2009.** If Plaintiff fails to do so, the case will be dismissed by the Court for failure to properly prosecute this action.

**IT IS SO ORDERED.**

**DATED this 25th day of June 2009.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**
